UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. <u>20-cr-3415-JLS</u> |
| v. | ) | |
| ABEL ALARCON-ANTONIO, | ) | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| Defendant. | ) | |

The United States of America and defendant ABEL ALARCON-ANTONIO jointly move to continue the motion hearing /trial setting set for December 4, 2020, at 1:30 p.m.

For reasons stated in the joint motion, incorporated by reference herein, the Court finds good cause to continue the motion hearing/trial setting.

IT IS ORDERED that the joint motion is granted. The motion hearing/trial setting shall be continued to December 18, 2020 at 1:30 p.m.

Further, time is excluded pursuant to Title 18, United States Code, Section 3161 (h)(1)(D) and (h)(7)(A).

IT IS SO ORDERED.

Dated: December 2, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge